In re the MARRIAGE OF Bodine AN-
DREWS and John E. Andrews, III.

Bodine Andrews, Petitioner-Respondent,

and

John E. Andrews, III,
Respondent-Appellant.

No. 11304.

Missouri Court of Appeals,
Southern District,
En Banc.

June 19, 1979.

Don W. Owensby, Buffalo, for petitioner-
respondent.

Keith V. Williams, Springfield, for re-
spondent-appellant.

PER CURIAM:

On October 31, 1978, a decree of dissolu-
tion of marriage (§§ 452.300 et seq., V.A.
M.S.) was entered by the Circuit Court of
Laclede County. The action was instituted
by the wife and the husband-respondent has
appealed. The matter has been submitted
to this court on appeal upon a statement of
the case as permitted and provided by Rule
81.13, V.A.M.R.

A recasting of the statement of
the case could provide undue embarrass-
ment to the parties and would serve no
precedential value. Nevertheless, with cau-
tion and a firm belief that the decree nisi is
wrong in part as being against the weight
of the evidence [Murphy v. Carron, 536
S.W.2d 30, 32[2] (Mo. banc 1976)], the de-
cree herein should be and hereby is amend-
ed and modified in the following respects,
otherwise to remain in full force and effect:

(1) The name and birth date of the minor
child should be specifically stated in the
decree as being Crystal Michelle Andrews,
born January 23, 1978;

(2) The present financial circumstances
of husband-respondent require that child
support payments to be made by him should
be in the amount of Fifty Dollars ($50.00)

per month, and said decree should so provide;

(3) The circumstances of the parties and the lack of attentive affection by the husband-respondent for said minor child render visitation rights to him to be contrary to the best interests of the child at the present time, and said decree should so provide; and

(4) The decree should specifically set over as their separate property all property each of the parties had in their respective possession at the time of the rendition of the original decree.

The judgment and decree is reversed and in the respects specified, supra, and the cause is remanded with directions to amend and modify the decree in the particulars specified.

All concur.